CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street Room 700
Newark, NJ 07102
Tel.973-353-6094
Fax. 973-645-3210
email: john.silbermann@usdoj.gov
JGS1187

November 21, 2005

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **HON. JOHN C. LIFLAND** |
| *PLAINTIFF,* | : | *Criminal No. 96-47-02* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **NEIL SAADA,** | : | Electronically Filed |
| *DEFENDANT.* | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Neil Saada.

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By:  s/ JOHN G. SILBERMANN, JR.
JOHN G. SILBERMANN, JR.
ASSISTANT U.S. ATTORNEY